# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Melody Vought          **Docket Number:**   0972 1:14CR00224

**Name of Judicial Officer**:   Senior United States District Judge Anthony W. Ishii

**Date of Original Sentence:**   9/16/2013

**Original Offense:** 21 U.S.C. § 952 and 960,  Importation of Marijuana  (CLASS C FELONY)

**Original Sentence:** 18 months Bureau of Prisons, 3 years Supervised Release, $100 Special Assessment, Mandatory drug testing

**Special Conditions:**

Warrantless Search
Drug/Alcohol Treatment
Drug/Alcohol Testing
Aftercare Co-payment
DNA Collection
No Weapons
Travel Restrictions
Report All Vehicles

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   5/30/2014

**Other Court Actions:**

**5/21/2014**:   Probation Form 12B, Modification of the Conditions of Supervision, filed in the Southern District of California at the request of this officer to add the condition the defendant reside in a residential community corrections center for a period of up to 120 days to allow the defendant time to obtain employment and establish a personal residence, which the Court approved.

**9/17/2014**:   Probation Form 12B, Modification of the Conditions of Supervision, filed in the Southern District of California at the request of this officer to add the condition the

          defendant reside in a residential community corrections center for up to 120 days in that she did not have enough funds saved with which to establish a personal residence, which the Court approved.

**10/20/2014**:     Jurisdiction accepted by the Eastern District of California from the Southern District of California.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:** On September 23, 2014, a voice mail was received from the defendant advising, "I screwed up. I've been stressed and I brought some vodka back here (to the residential community corrections center) and staff found it." The probation officer discussed the matter with the director of the residential community corrections center who confirmed the defendant concealed the vodka in a water bottle. She placed the defendant on a three-week blackout except for work. The probation officer met with the defendant on October 15, 2014, to discuss the incident. The defendant was remorseful for her actions and admitted if she had not been caught, she would have continued drinking which may have eventually led to use of controlled substances. She agreed to add the condition that she abstain from the use of alcoholic beverages and signed Probation Form 49 consenting to the modification. In addition, the probation officer increased the defendant's substance abuse counseling from twice monthly to once weekly.

It is felt the actions outlined above are sufficient to address the violation conduct at this time. The probation officer advised the defendant any further violations may result in the filing of a Probation Form 12C Petition.

                                            Respectfully submitted,
                                            **/s/ Julie R. Martin**

                                            **JULIE R. MARTIN**
                                            **United States Probation Officer**
                                            Telephone: (661) 321-3817

**DATED:** 10/30/2014

Reviewed by,
**/s/ Lonnie E. Stockton**

_____
**LONNIE E. STOCKTON**
**Supervising United States Probation Officer**

### THE COURT ORDERS:

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other

IT IS SO ORDERED.

Dated:   October 30, 2014            _____
                                                         SENIOR DISTRICT JUDGE